IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JONATHAN ELLIOTT GOODMAN,**                     **PLAINTIFF**
**ADC #141664**

v.                    **Case No. 5:18-cv-00284 BSM**

**ARKANSAS DEPARTMENT**                       **DEFENDANTS**
**OF CORRECTION BOARD OF**
**PROFESSIONAL AND**
**RESPONDENTS, et al.**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 10] has been received. After careful review of the record, the RD is adopted. The complaint [Doc. No. 2] is dismissed without prejudice. The dismissal of this case counts as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 25th day of September 2019.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE